UNITED STATES DISTRICT COURT

Western District of North Carolina

Charlotte Division

October 5, 2019

UNITED STATES OF AMERICA

VS

<u>GARFIELD CAMPBELL 309-CR-000236-001</u>

To The Honorable Judge Whitney,

My name is Garfield Campbell. I was sentenced in the Western District of NC to 120 months in the custody of the Federal Bureau of Prisons. I was released on January, 10, after successfully completing a significant number of programs throughout my incarceration. I have been on supervised release since my proclamation. I have had no issues with law enforcement, no problem maintaining my employment, no restitution or fines, as well as no violations.

Currently I maintain a stable residence and gainfully employed at Local 72 as a pipe welder, where my job descriptions include pipe fitting and welding. I currently uphold a good relationship with my previous and present Probation Officer, Ms. Thomas and Mr. Parker. I am writing you to ask if you will grant me early release from probation, as I can assure you that my 8 years incarcerated, 8 months in the halfwayhouse and 1 year of time spent on supervised release. All this has served to assist me in becoming the productive citizen that I am today. In addition, I have learned that I am unable to obtain Life Insurance while under federal supervision. Also, it is very difficult for me to obtain employment oppurtunities across America as a traveling welder with the Union. I've worked and trained very hard to accomplish all of the certifications attached to this letter. Also, I cannot abtain my real estate brokers license until 5 year after I have completed probation in the state of Georgia. There are too many restriction that are holding me back from reaching my greatest potential.

Under the authority provided them pursuant to 18U.S.C 3583 (e) (1), a United States District Court has discretionary power to terminate a term of

1

supervised release after the satisfactory completion of one (1) year. This authority applies to any term of supervised release, regardless of length.

WHEREFORE, petitioner prays this Honorable Court, pursuant to its discretionary authority under 18 U.S.C 3583 (e) (1), will terminate petitioner's term of supervised release.

I sincerely would like to thank you for your time and consideration in this regard.

<div style="text-align: right;">
Respectfully Submitted

Pro Se Petitioner

Garfield D. Campbell
</div>

# ServSafe®
# CERTIFICATION

## GARFIELD CAMPBELL

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

| | |
|---|---|
| 15325959 | 5268 |
| CERTIFICATE NUMBER | EXAM FORM NUMBER |
| 6/5/2017 | 6/5/2022 |
| DATE OF EXAMINATION | DATE OF EXPIRATION |

Local laws apply. Check with your local regulatory agency for recertification requirements.

Sherman Brown
SVP, National Restaurant Association Solutions

ACCREDITED PROGRAM
American National Standards Institute and the Conference for Food Protection ®
#0655

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©2015 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
This document cannot be reproduced or altered.
14102901 v.1401

Contact us with questions at 175 W Jackson Blvd. Ste 1500, Chicago, IL 60604 or ServSafe@restaurant.





## ESCO Institute

Program EPA Approved
December 28, 1993

CERTIFICATE NO. 78637924552C

**GARFIELD J. CAMPBELL**

has been certified as a

**UNIVERSAL**

technician as required by 40CFR part 82 subpart …



---

## OSHA EDUCATION CENTER

This card certifies that:

**GARFIELD CAMPBELL**

has completed a 30-Hour OSHA Hazard Recognition Training
for the Construction Industry.

Director Jeffrey Pairan      Trainer: Taylor Sikes

08/08/2018
Grad Date

*American Safety Council*

---

## ServSafe CERTIFICATION

Exam Form No. 4821
Cert. No. 10152751

TO **GARFIELD D CAMPBELL**

for successfully completing the standards set forth by the National Restaurant Association Educational Foundation for the ServSafe® Food Protection Manager Certification Examination

Date of Examination: 06/21/2013

Date of Expiration: **06/21/2018**

Local laws apply. Check with your local regulatory agency for recertification requirements.
©2012 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe is a registered trademark of the NRAEF, used under license by National Restaurant Association Solutions, LLC. The logo appearing next to ServSafe is a trademark of the National Restaurant Association.



---

## UNITED ASSOCIATION
### 2017-2019 MEMBERSHIP CARD

**GARFIELD D CAMPBELL**
**BTA PIPEFITTER APPRENTICE**

10-23-2018
INITIATED

LOCAL 072

2681040
CARD NUMBER

ATLANTA GA


Case 3:09-cr-00236-FDW  Document 58  Filed 10/15/19  Page 5 of 8



THE STANDARD FOR DEVELOPING CRAFT PROFESSIONALS
13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.3720 f. 386.518.6255 • www.nccer.org

# Official Training Transcript

**NCCER Card #:** 9264209

**Trainee Name:** Garfield Campbell

**Sponsor:** FCI Talladega

**Address:** 565 E Renfroe Rd
Talladega, AL 35160
United States

| Module | Description | Instructor | Training Location | Completed |
|---|---|---|---|---|
| ES29201-09 | Welding Symbols/ Símbolos de soldar | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| ES29202-09 | Reading Welding Detail Drawings/ Lectura de planos detallados de soldadura | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| ES29203-09 | Physical Characteristics and Mechanical Properties of Metals/ Características físicas y propiedades mecánicas de los metales | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| ES29204-09 | Preheating and Postheating of Metals/ Precalentamiento y poscalentamiento de metales | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| ES29205-09 | GMAW and FCAW Equipment and Filler Metals/ GMAW y FCAW: equipo y metales de aportación | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| ES29206-09 | GMAW and FCAW: Plate/ GMAW y FCAW: placa | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| ES29207-09 | GTAW: Equipment and Filler Metals/ GTAW: equipo y metales de aportación | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| ES29208-09 | GTAW: Plate/ GTAW: placa | Vicktavious Collins | FCI Talladega | 10/20/2017 |
| 29101-09 | Welding Safety | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29102-09 | Oxyfuel Cutting | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29103-09 | Plasma Arc Cutting | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29104-09 | Air Carbon Arc Cutting and Gouging | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29105-09 | Base Metal Preparation | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29106-09 | Weld Quality | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29107-09 | SMAW-Equipment and Setup | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29108-09 | Shielded Metal Arc Electrodes | Vicktavious Collins | FCI Talladega | 4/13/2017 |



# Official Training Transcript

| Module | Title | Instructor | Location | Date |
|---|---|---|---|---|
| 29109-09 | SMAW-Beads and Fillet Welds | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29110-09 | Joint Fit-Up and Alignment | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29111-09 | SMAW-Groove Welds and Backing | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 29112-09 | SMAW-Open V-Groove Welds | Vicktavious Collins | FCI Talladega | 4/13/2017 |
| 27101-13 | Orientation to the Trade | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27102-13 | Building Materials, Fasteners and Adhesives | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27103-13 | Hand and Power Tools | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27104-13 | Introduction to Construction Drawings, Specifications, and Layout | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27105-13 | Floor Systems | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27109-13 | Introduction to Building Envelope Systems | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27110-13 | Basic Stair Layout | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27111-13 | Wall Systems | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 27112-13 | Ceiling Joist and Roof Framing | Patrick Epperson | FCI Talladega | 6/25/2015 |
| 03101-07 | Introduction to HVAC | James Baggett | FCI Talladega | 3/4/2015 |
| 03102-07 | Trade Mathematics | James Baggett | FCI Talladega | 3/4/2015 |
| 03103-07 | Copper and Plastic Piping Practices | James Baggett | FCI Talladega | 3/4/2015 |
| 03104-07 | Soldering and Brazing | James Baggett | FCI Talladega | 3/4/2015 |
| 03105-07 | Ferrous Metal Piping Practices | James Baggett | FCI Talladega | 3/4/2015 |
| 03106-07 | Basic Electricity | James Baggett | FCI Talladega | 3/4/2015 |
| 03107-07 | Introduction to Cooling | James Baggett | FCI Talladega | 3/4/2015 |
| 03108-07 | Introduction to Heating | James Baggett | FCI Talladega | 3/4/2015 |
| 03109-07 | Air Distribution Systems | James Baggett | FCI Talladega | 3/4/2015 |
| 03201-13 | Commercial Airside Systems | James Baggett | FCI Talladega | 3/4/2015 |
| 03202-13 | Chimneys, Vents, Flues | James Baggett | FCI Talladega | 3/4/2015 |
| 03203-13 | Introduction to Hydronic Systems | James Baggett | FCI Talladega | 3/4/2015 |
| 03204-13 | Air Quality Equipment | James Baggett | FCI Talladega | 3/4/2015 |
| 03205-13 | Leak Detection, Evacuation, Recovery and Charging | James Baggett | FCI Talladega | 3/4/2015 |
| 03206-13 | Alternating Current | James Baggett | FCI Talladega | 3/4/2015 |
| 03211-13 | Heat Pumps | James Baggett | FCI Talladega | 3/4/2015 |
| 03213-13 | Sheet Metal Duct Systems | James Baggett | FCI Talladega | 3/4/2015 |



THE STANDARD FOR DEVELOPING CRAFT PROFESSIONALS

13614 Progress Blvd • Alachua, Florida 32615 • p. 888.622.3720 f. 386.518.6255 • www.nccer.org

# Official Training Transcript

**NO ENTRIES BELOW THIS LINE**