# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:09-CR-00236-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GARFIELD D. CAMPBELL, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's pro se "Motion for Ineffective Assistance of Counsel" (document # 72) filed May 4, 2021. The Court held a hearing in this matter on May 14, 2021.

The Court heard from appointed counsel Corey C. McManus, the Defendant, and the Government. Defendant is scheduled for a violation hearing before District Judge Frank D. Whitney on May 24, 2021. Defendant complains of a "lack of communication" with Mr. McManus. Mr. McManus has had two video appointments with Defendant since his appointment in March. These video meetings are limited to twenty-five minutes per session by the jail. While meetings of this short duration are a concern for the Court, this issue is systemic at present and not attributable to counsel. Counsel has received discovery from the Government. At Defendant's request, he has obtained certain documentation to aid in preparing a defense. He is also obtaining court records from Georgia at Defendant's request.

"Because the right to choose counsel is not absolute, it necessarily follows that a defendant does not have an absolute right to substitution of counsel. As a general rule, a defendant must show good cause in requesting a new appointed lawyer." United States v. Mullen, 32 F.3d 891, 895 (4th Cir. 1994). The Court does not find good cause to remove Mr. McManus as appointed counsel. The Court concludes that counsel is providing effective representation and denies the Defendant's pro se Motion.

The Clerk is directed to send copies of this Order to defense counsel, the U.S. Attorney, and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: May 14, 2021

David S. Cayer
United States Magistrate Judge